IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Quinn, Calvin

Printed: 7/8/08

Case Number: 07 B 00007
Judge: Goldgar, A. Benjamin
Filed: 1/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 27, 2008
Confirmed: March 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,223.00 |  |
| Secured: |  | 13,152.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 302.28 |
| Trustee Fee: |  | 768.04 |
| Other Funds: |  | 0.00 |
| Totals: | 14,223.00 | 14,223.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David Chang | Administrative | 2,438.00 | 302.28 |
| 2. | Countrywide Home Loans Inc. | Secured | 21,551.68 | 13,152.68 |
| 3. | Countrywide Home Loans Inc. | Secured | 22,384.50 | 0.00 |
| 4. | A/R Concepts Inc | Unsecured | 168.00 | 0.00 |
| 5. | IC System Inc | Unsecured | 9.67 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 150.00 | 0.00 |
| 7. | Nicor Gas | Unsecured | 155.18 | 0.00 |
| 8. | AT&T Wireless | Unsecured | 37.56 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 355.00 | 0.00 |
| 10. | HSBC Auto Finance | Secured |  | No Claim Filed |
| 11. | Harris & Harris | Unsecured |  | No Claim Filed |
| 12. | Collection System | Unsecured |  | No Claim Filed |
| 13. | Cbe Group | Unsecured |  | No Claim Filed |
| 14. | H & F Law | Unsecured |  | No Claim Filed |
| 15. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 16. | Torres Credit | Unsecured |  | No Claim Filed |
| 17. | Helvey & Associates Inc | Unsecured |  | No Claim Filed |
| 18. | Medical Building Bureau | Unsecured |  | No Claim Filed |
| 19. | Medical Collections | Unsecured |  | No Claim Filed |
| 20. | Palisades Collection LLC | Unsecured |  | No Claim Filed |
| 21. | Nicor Gas | Unsecured |  | No Claim Filed |
| 22. | Park Dansan | Unsecured |  | No Claim Filed |
| 23. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 24. | American Collection Corp | Unsecured |  | No Claim Filed |
| 25. | Wexler & Wexler | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Quinn, Calvin

Printed: 7/8/08

Case Number: 07 B 00007
Judge: Goldgar, A. Benjamin
Filed: 1/2/07

| 26. | HSBC Auto Finance | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 47,249.59 | $ 13,454.96 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 768.04 |
| | _____ |
| | $ 768.04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____